## STATE
v.
## David CONTILDES.
### No. 78-258-C.A.

Supreme Court of Rhode Island.

Dec. 13, 1979.

Dennis J. Roberts II, Atty. Gen., John S. Foley, Special Asst. Atty. Gen., for plaintiff.

Abedon, Stanzler, Biener, Skolnik & Lipsey, Edward N. Beiser, Providence, for defendant.

### ORDER

The motion for counsel fee is granted and counsel is awarded a fee in the amount of $750 for services rendered on behalf of defendant before this court.

DORIS, J., did not participate.

### TOWN OF CHARLESTOWN et al.
v.
### Patricia E. BEATTIE.
### No. 79-327-A.

Supreme Court of Rhode Island.

Dec. 13, 1979.

John P. Toscano, Jr., Town Sol., Charlestown, Joseph B. Carty, Jr., Providence, for intervenors.

James J. Longolucco, Westerly, for defendant.

### ORDER

The motion of the Town of Charlestown for extension of the time to file its brief is granted and said brief shall be filed on or before January 10, 1980. The defendant's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is denied. Defendant's motion to dismiss and her motion for early assignment are denied.

DORIS, J., did not participate.